1  QUIN DENVIR, Bar #49374
   Federal Defender
2

3  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
4  Designated Counsel for Service
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7  Attorney for Defendant
   LARRY W. CAMPBELL
8

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:03-cr-0483 WBS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | RESETTING TRIAL DATE |
| | ) | |
| LARRY W. CAMPBELL, | ) | |
| | ) | Date:   May 11, 2005 |
| Defendant. | ) | Time:   9:00 a.m. |
| | ) | Judge:  Hon. William B. Shubb |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Kymberly A. Smith, counsel for Plaintiff and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant LARRY W. CAMPBELL, that the trial date previously set for May 24, 2005 be vacated and reset for June 1, 2005, at 1:30 p.m.  Trial confirmation will remain as previously set on May 11, 2005, at 9:00 a.m.

/ / / /

/ / / /

/ / / /

The court is advised that counsel have conferred about previously unanticipated scheduling conflicts, and have agreed to this new trial date. Ms. Smith has authorized Mr. Staniels to sign this stipulation on her behalf.

**IT IS SO STIPULATED**

Dated: May 4, 2005

/S/ Jeffrey L. Staniels
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant
LARRY W. CAMPBELL

Dated: May 4, 2005

/S/ Kymberly A. Smith by jls per auth
Kymberly A. Smith
Assistant United States Attorney
Counsel for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: May 5, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE