1  QUIN DENVIR, Bar #49374
   Federal Defender
2
   JEFFREY L. STANIELS, Bar #91413
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6  Attorney for Defendant
   LARRY W. CAMPBELL
7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,       )   No. 2:03-cr-0483 WBS
11                                 )
                 Plaintiff,        )
12                                 )   STIPULATION AND [PROPOSED] ORDER
          v.                       )   RESETTING TRIAL CONFIRMATION
13                                 )   DATE
   LARRY W. CAMPBELL,              )
14                                 )
                 Defendant.        )   Date:   May 11, 2005
15                                 )   Time:   9:00 a.m.
   _____ )   Judge:  Hon. William B. Shubb
16

17
        **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney
18
   Kymberly A. Smith, counsel for Plaintiff and Assistant Federal Defender Jeffrey L. Staniels,
19
   counsel for defendant LARRY W. CAMPBELL, that the trial confirmation hearing previously set
20
   for May 11, 2005 be vacated and reset for May 18, 2005, at 9:00 a.m.
21
        The court is advised that counsel have conferred about this new trial confirmation date
22
   and Ms. Smith has authorized Mr. Staniels to sign this stipulation on her behalf.
23
        **IT IS SO STIPULATED**
24

25
   Dated: May 11, 2005                          /S/ Jeffrey L. Staniels
26                                               JEFFREY L. STANIELS
                                                 Assistant Federal Defender
27                                               Attorney for Defendant
                                                 LARRY W. CAMPBELL
28

1

Dated: May 11, 2005                                    /S/ Kymberly A. Smith by jls per auth
                                                       Kymberly A. Smith
2                                                      Assistant United States Attorney
                                                       Counsel for Plaintiff
3

4
                                         **O R D E R**
5
        **IT IS SO ORDERED.**
6
                                   By the Court,
7

8
Dated: May 12, 2005
9

10                                   _William B. Shubb_
                                     _____
11                                   WILLIAM B. SHUBB
                                     UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28