1   QUIN DENVIR, Bar #49374
    Federal Defender
2
    JEFFREY L. STANIELS, Bar #91413
3   Assistant Federal Defender
    Designated Counsel for Service
4   801 I Street, 3rd Floor
    Sacramento, California 95814
5   Telephone: (916) 498-5700

6   Attorney for Defendant
    LARRY W. CAMPBELL
7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10
    UNITED STATES OF AMERICA,        )   No. 2:03-cr-0483 WBS
11                                    )
                 Plaintiff,           )
12                                    )   STIPULATION AND [PROPOSED] ORDER
         v.                           )   VACATING DATES, CONTINUING CASE,
13                                    )   AND EXCLUDING TIME
    LARRY W. CAMPBELL,                )
14                                    )
                 Defendant.           )   Date:    May 18, 2005
15                                    )   Time:    9:00 a.m.
                                      )   Judge:   Hon. William B. Shubb
16  _____  )

17       **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney

18  Kymberly A. Smith, counsel for Plaintiff and Assistant Federal Defender Jeffrey L. Staniels,

19  counsel for defendant LARRY W. CAMPBELL, that the trial confirmation hearing set for May

20  18, 2005, is reset to July 27, 2005 at 9:00 am and the jury trial date set for June 1, 2005 is reset to

21  August 2, 2005 at 9:00 am.  The matter is set for status conference on June 29, 2005, at 9:00 a.m.

22       Counsel have met and conferred initially on preparing a joint set of agreed-upon

23  documentary exhibits; and a separate set of proposed exhibits, if any, as to which there are

24  objections by one side or the other.  It is anticipated that the parties will agree to the authenticity

25  of all exhibits from the state court files, even if there are other objections.  In connection with that

26  undertaking, defense counsel has provided the government with approximately 1000 pages of

27  documents previously obtained from the state court files.  Counsel have also agreed to meet in the

28  near future to discuss separate issues concerning potential "404(b)" materials.  It is the belief of

1    both parties that these meetings will substantially shorten court time required for this case by

2    eliminating the time that would otherwise be consumed by introducing and authenticating the

3    many documents involved in the leadup to the proceeding or proceedings likely to be implicated in

4    the trial of this indictment.  It is anticipated that documentary exhibits can be produced to the court

5    for review and/or in limine rulings, if any, by or before June 29, 2005.

6           **IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18

7    U.S.C. § 3161 *et. seq.* be excluded from May 18, 2005, through August 2, 2005, pursuant to 18

8    U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4, to permit completion of the above described

9    trial preparation.

10          The court is advised that counsel have conferred about this new trial confirmation date

11   and Ms. Smith has authorized Mr. Staniels to sign this stipulation on her behalf.

12          **IT IS SO STIPULATED**

13

14   Dated: May 17, 2005                    /S/ Jeffrey L. Staniels
                                            JEFFREY L. STANIELS
15                                          Assistant Federal Defender
                                            Attorney for Defendant
16                                          LARRY W. CAMPBELL

17

18   Dated: May 17, 2005                    /S/ Kymberly A. Smith by jls per auth
                                            Kymberly A. Smith
19                                          Assistant United States Attorney
                                            Counsel for Plaintiff

20

21                                  **O R D E R**

22          **IT IS SO ORDERED.**

23                          By the Court,

24

25   Dated: May 18, 2005

26

27   WILLIAM B. SHUBB
     UNITED STATES DISTRICT JUDGE

28

Stip & Order Vacating and Resetting Dates              2