IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                                   No. CR S-03-0483 WBS GGH P

    vs.

LARRY W. CAMPBELL,

    Movant.                                        ORDER

_____/

        Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On June 2, 2008, the magistrate judge filed findings and recommendations herein which were served on movant and which contained notice to movant that any objections to the findings and recommendations were to be filed within twenty days. After receiveing the findings and recommendations of the magistrate judge, movant filed objections to the findings and recommendations, as well as multiple requests to amend his petition, a request for ADA assistance, a request to "file new facts," and several letters to the court.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the

1  entire file, the court finds the findings and recommendations to be supported by the record and
2  by proper analysis.
3          Accordingly, IT IS HEREBY ORDERED that:
4          1. The findings and recommendations filed June 2, 2008 are adopted in full;
5          2. Movant's requests to amend his petition to add new facts are denied;
6          3. The motion to vacate, set aside or correct movant's sentence, filed on April 16,
7  2008 (#143), is dismissed; and
8          4.. The Clerk of the Court is directed to close the companion civil case, No. CIV
9  S-08-0866 WBS-GGH.
10 DATED:  September 18, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

16 /camp0483.804