UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

                         NO. CR. S-03-0483 WBS

         Plaintiff,

    v.                  ORDER GRANTING CERTIFICATE OF
                            APPEALABILITY

LARRY W. CAMPBELL,

         Defendant.

----oo0oo----

        Larry Campbell's "request to appeal final ruling by
Judge Shubb," filed September 26, 2008, construed as an
application for a certificate of appealability, is granted.  If
Mr. Campbell wishes to appeal, he must file a valid Notice of
Appeal and follow the appropriate procedures in accordance with
the applicable rules and statutes.

        IT IS SO ORDERED.

DATED:  September 29, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1