IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY W. CAMPBELL,

    Plaintiff,                                No. CR S-03-0483 WBS GGH P

    vs.

LARRY W. CAMPBELL,

    Defendant.                              ORDER

/

        On October 6, 2008, Larry Campbell filed a "Request to File Second 2255." This court previously, on September 18 2008, adopted the Magistrate Judge's Findings and Recommendations, denied Campbell's request to amend his first petition, and dismissed his motion to vacate, set aside or correct his sentence filed on April 16, 2008. In his proposed second petition, Campbell continues to complain about matters that occurred in the state court. Those complaints are not the proper subject for a motion to vacate, set aside or correct his federal sentence in this case.

        IT IS THEREFORE ORDERED that defendant's request to file a second petition under 28 U.S.C. § 2255 be, and the same hereby is, DENIED.

DATED: October 14, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1