IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,                No. CR S-03-0483 WBS GGH

    vs.

LARRY W. CAMPBELL

        Defendant.             <u>ORDER</u>

_____/

        Defendant Larry Campbell has filed an "amended motion" to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (docket 190), notwithstanding this court's previous denial, filed on 9/19/08 (docket # 155), of his requests to amend his petition to add new facts, and the court's subsequent denial, filed on 10/15/08 (docket # 167), of defendant's request to file a second § 2255 motion. Under 28 U.S.C. § 2244(b)(3)(A), an applicant must file a motion in the court of appeals before a second or successive § 2255 motion may be filed in this court. Under 28 U.S.C. § 2255(h), defendant must demonstrate to the Court of Appeals that:

> his motion contains newly discovered evidence tending to show actual innocence or involves a new rule of constitutional law made retroactive to cases on collateral review by the Supreme Court.

1

U.S. v. Nordick, 2008 WL 4000871 * 1 (E.D. Cal. Aug. 26, 2008). Campbell has not met the requirements of § 2244(b)(3)(A).[1]

IT IS THEREFORE ORDERED that defendant's successive and otherwise defective § 2255 motion to vacate, filed on 1/13/09 (docket # 190) be, and the same hereby is, DENIED.

DATED: April 16, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] Campbell's motion is also inapposite in that his appeal of the 9/19/08 (# 155), dismissal of his prior § 2255 motion is currently pending in the Ninth Circuit.