UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable William B. Shubb
United States District Judge
Sacramento, California

                          RE:    Larry W. Campbell
                                Docket Number:   2:03CR00483-01
                                <u>STATUS HEARING</u>
                                <u>AUGUST 24, 2009, 8:30 a.m.</u>

Your Honor:

Mr. Campbell is requesting a hearing before Your Honor for clarification of his expectations and responsibilities while on Supervised Release. Currently, he is not in violation of any of the terms and conditions of his supervision. It is respectfully requested this case be calendared for Monday, August 24, 2009, at 8:30 a.m. for a status hearing to review and confirm Mr. Campbell's conditions of supervision.

                                    Respectfully submitted,

                                  **Michael A. Sipe**
                          **Senior United States Probation Officer**

Dated:    August 11, 2009
            Roseville, California
            MAS

**REVIEWED BY:**    _____
                           **Richard A. Ertola**
                            **Supervising United States Probation Officer**

cc:    William Wong
       Assistant United States Attorney

**RE:** **Larry Campbell**
      **Docket Number:   2:03CR00483-01**
      <u>**Status Hearing August 24, 2009 at 8:30 a.m.**</u>

Jeff Staniels
Assistant Federal Defender

Gil Rodriguez
United States Marshal


AGREE: X

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

August 13, 2009