IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                    No. CR S-03-0483 WBS GGH

  vs.

LARRY W. CAMPBELL

    Defendant.                  <u>ORDER</u>

_____/

        Final Judgment was entered in this action on December 30, 2005.  The judgment was affirmed by the United States Court of Appeals for the Ninth Circuit on April 2, 2007.  This court's order dismissing defendant's motion for relief under 28 U.S.C. § 2255 was affirmed on January 10, 2011.  There is nothing further pending before the court in this matter.

        IT IS THEREFORE ORDERED that (1) to the extent that defendant characterizes any communications filed by him subsequent to January 10, 2011 as motions, such motions are DENIED as procedurally improper; (2) the Clerk shall close this file; and (3) no further pleadings shall be accepted for filing in this action.

DATED: March 16, 2011

*[signature: William B. Shubb]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1